Miller *vs.* Goffe et al.

MILLER *vs.* GOFFE et al.

1. A writ of error will not lie to reverse an order dissolving an injunction—the remedy provided by law being an appeal from the order of dissolution.

Error to Tuscaloosa Circuit court, exercising chancery jurisdiction.

Order dissolving an injunction, by *P. Martin, J.*

In this case, plaintiff in error assigned as error, the dissolution of an injunction previously obtained, to restrain defendants in error from proceeding to enforce the collection of an execution.

*Porter*, for plaintiff in error.
*Attorney General*, contra.

ORMOND, J.—The act of ninth January, eighteen hundred and thirty-six, under which the decree of the court below dissolving the injunction, is sought to be reviewed, does not authorise the case to be brought into this court by writ of error, but requires the complainant to take an appeal from the order of dissolution, and directs the Supreme court to determine the same at the first term. Under this statute, this court has hitherto held that a writ of error will not lie, and it must therefore be dismissed.